DANIEL WALSH, Respondent, v. ATLANTIC STEVEDORING COMPANY, Appellant.
— Judgment reversed on the law, and complaint unanimously dismissed, without
costs.   The plaintiff, having been injured on the dock, the exclusive remedy for
his injuries is under the act of the State of New York, commonly known as the
Workmen's Compensation Act.*   (*Industrial Commission* v. *Nordenholt Corporation*, 259 U. S. 263; *Tracy* v. *Eastern Loading Corp.*, 202 App. Div. 811.)   Kelly,
P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

## THIRD DEPARTMENT, MARCH, 1924.

AULDA J. TREMBATH, Respondent, v. CHARLES M. BERNER, Appellant, Impleaded
with Another, Defendant.

*Contracts — action for breach — pleadings — plaintiff must allege readiness and
ability to perform — recovery cannot be had where plaintiff alleges his inability
to perform.*

Appeal from a judgment of the Supreme Court, entered in the Delaware county
clerk's office June 7, 1923, upon the decision of the court.

PER CURIAM: The plaintiff having failed to allege readiness and ability on
his own part to perform the contract in question, and on the contrary having
alleged his own inability to perform it, may not maintain this action to recover
from the defendant because of his failure to perform.   All concur.   Judgment
reversed on the law, and complaint dismissed, with costs.

LYNDA BRAGG, Respondent, v. RAYMOND J. CIPPERLY, Appellant.— Settled.

ARTHUR S. BARRETT, as Administrator, etc., of JOSEPH E. BARRETT, Deceased,
Appellant, v. EVERETT HARTMAN, Respondent.— Judgment unanimously affirmed,
with costs.

BLANDING ELECTRIC SUPPLY Co., INC., Respondent, v. BROOME COUNTY LAND
Co., INC., Appellant.— Order unanimously affirmed, with ten dollars costs and
disbursements.

Before STATE INDUSTRIAL BOARD, Respondent.   ELLEN CONROY, Respondent,
v. DAVID POSNER and Another, Appellants.— Award unanimously affirmed, with
costs in favor of the State Industrial Board.

KATHERINE C. DEALY, Appellant, v. EDWARD C. KLAPP, Respondent.— Orders
unanimously affirmed, with ten dollars costs and disbursements as in one motion.

Before STATE INDUSTRIAL BOARD, Respondent.   J. M. FITZPATRICK, Respondent, v. POSTAL RESTAURANT Co., INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent.   ANNIE T. FARRELL, Respondent, v. HOTEL MCALPIN and Another, Appellants.— Award unanimously affirmed,
with costs in favor of the State Industrial Board.

JOHN C. KANSAS, Respondent, v. ATLAS ASSURANCE COMPANY, LTD., Appellant.
— Judgment unanimously affirmed, with costs.

* See Workmen's Compensation Law of 1914, as amd.— [REP.